Gayle M. Blatt SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811 Fax: (619) 544-9232

*Interim Lead Class Counsel*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOREEN PFEIFFER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADNET, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:20-cv-09553 (RGK) (SK)<br>Consolidated with<br>2:20-cv-10180 (RGK) (SK)<br>2:20-cv-10328 (RGK) (SK)<br><br>Judge: Hon. R. Gary Klausner<br><br>**Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement and to Direct Notice to the Class**<br><br>Date: July 26, 2021<br>Time: 9:00 a.m.<br>Crtrm: 850, 8th Floor<br><br>[Filed Concurrently with Memorandum, Declarations and Proposed Preliminary Approval Order] |

PLEASE TAKE NOTICE that Noreen Pfeiffer, Jose Contreras, Susan Wright, Annabelle Gonzales, Donna Horowitz, Kelly Lancaster, and Debra Palmer ("Plaintiffs"), through their undersigned counsel, will and hereby move this Court to grant Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and to Direct Notice to the Class. The hearing on this matter will be held on July 26, 2021 or on a date selected by the Court, in the courtroom of the Honorable Judge R. Gary Klausner, Courtroom 850, 8th Floor, of the United States District Court for the Central District of California, located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012.

Plaintiffs bring this unopposed Motion pursuant to Rule 23 of the Federal Rules of Civil Procedure and respectfully request that the Court preliminarily approve the Parties' Settlement Agreement and enter an Order:

(1) certifying a Nationwide Class and a California Subclass for settlement purposes only pursuant to Rules 23(a) and 23(b) of the Federal Rules of Civil Procedure;

(2) preliminarily approving the Settlement Agreement and Release, and all exhibits thereto;

(3) appointing Plaintiffs as Class Representatives for settlement purposes only, and appointing Interim Lead Class Counsel Gayle M. Blatt, along with John Yanchunis of Morgan & Morgan Complex Litigation Group; William B. Federman of Federman & Sherwood; and M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp., collectively, as Settlement Class Counsel;

(4) appointing American Legal Claims Service LLC as Settlement Administrator to administer Notice and process claims;

(5) approving the class Notice and related settlement administration documents, and authorizing the dissemination of Notice to the

Class;

(6) approving the proposed class settlement administration procedures and deadlines, setting a date and approving procedures for a Final Approval Hearing and approving proposed procedures and deadlines for Settlement Class Members to file claims or objections to the proposed Settlement or request exclusion from the class.

Plaintiffs' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, proposed Class Counsel declarations and all attachments and exhibits thereto including the Settlement Agreement with the attached proposed Notice and Claim Form, the declaration of the proposed Settlement Administrator, the Proposed Order, and all pleadings, records, and other papers filed in this action.

Dated: June 24, 2021

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By: /s/ Gayle M. Blatt
GAYLE M. BLATT
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
gmb@cglaw.com

*Interim Lead Class Counsel*

John Yanchunis (Admitted *Pro Hac Vice*)
Ryan McGee (Admitted *Pro Hac Vice)*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
Fax: (813) 223-5402
jyanchunis@ForThePeople.com
rmcgee@ForThePeople.com

M. Anderson Berry (SBN 262879)
Leslie Guillon (SBN 222400)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 777-7777
Fax: (916) 924-1829
aberry@justice4you.com
lguillon@justice4you.com

William Federman (admitted *Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Tel: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Robert S. Green
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Tel: (415) 477-6700
Fax: (415) 477-6710
gnecf@classcounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: June 24, 2021                        /s/ Gayle M. Blatt
                                                     Gayle M. Blatt