Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Settlement Class Counsel*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NOREEN PFEIFFER, *et al.*, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>    vs.<br><br>RADNET, INC., a Delaware corporation,<br><br>        Defendants. | Case No.: 2:20-cv-09553 (RGK)(SK)<br>Consolidated with<br>2:20-cv-10180 (RGK) (SK)<br>2:20-cv-10328 (RGK) (SK)<br><br>Judge:      Hon. R. Gary Klausner<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS**<br><br>Date:      February 7, 2022<br>Time:      9:00 a.m.<br>Crtrm:     850, 8th Floor<br><br>[Filed Concurrently with Memorandum, Declarations, and Proposed Order] |

PLEASE TAKE NOTICE that Noreen Pfeiffer, Jose Contreras, Susan Wright, Annabelle Gonzales, Donna Horowitz, Kelly Lancaster, and Debra Palmer ("Plaintiffs"), through their undersigned counsel, will and hereby move this Court to grant Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Awards to Representative Plaintiffs. The hearing on this matter will be held on February 7, 2022 or on a date selected by the Court, in the courtroom of the Honorable Judge R. Gary Klausner, Courtroom 850, 8th Floor, of the United States District Court for the Central District of California, located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012.

Plaintiffs' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, proposed Class Counsel declarations and all attachments and exhibits thereto, the Proposed Order, and all pleadings, records, and other papers filed in this action, and any oral or documentary evidence presented at the hearing of this matter.

Date:  October 14, 2021          Respectfully submitted,

 *s/ Gayle M. Blatt*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile:  (619) 544-9232

*Interim Lead Class Counsel*

John Yanchunis (Admitted *Pro Hac Vice*)
Ryan McGee (Admitted *Pro Hac Vice)*

2

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
Fax: (813) 223-5402
jyanchunis@ ForThePeople.com
rmcgee@ForThePeople.com

M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 777-7777
Fax: (916) 924-1829
aberry@justice4you.com

William B. Federman (Admitted *Pro Hac Vice)*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Tel: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

3