1  David S. Casey, Jr. (SBN 60768)
   dcasey@cglaw.com
2  Gayle M. Blatt (SBN 122048)
3  gmb@cglaw.com
   **CASEY GERRY SCHENK**
4  **FRANCAVILLA BLATT & PENFIELD, LLP**
5  110 Laurel Street
   San Diego, CA 92101
6  Tel: (619) 238-1811
7  Fax: (619) 544-9232

8  M. Anderson Berry (SBN 262879)
   aberry@justice4you.com
9  **CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP**.
10 865 Howe Avenue
   Sacramento, CA 95825
11 Telephone: (916) 239-4778
   Facsimile: (916) 924-1829
12
13 *Settlement Class Counsel*

14 [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NOREEN PFEIFFER, *et al.*, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADNET, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:20-cv-09553 (RGK)(SK)<br>Consolidated with<br>2:20-cv-10180 (RGK) (SK)<br>2:20-cv-10328 (RGK) (SK)<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:     Hon. R. Gary Klausner<br>Date:      Feb. 7, 2022<br>Time:     9:00 am<br>Courtroom: 850, 8th Floor |

CASE NO. 2:20-cv-09553 (RGK)(SK)
NTC OF PLTFS' UNOPPOSED MTN FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 7, 2022, or as soon thereafter as counsel may be heard, before the Honorable R. Gary Klausner, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California, 90012, Courtroom 850, 8th Floor, Plaintiffs Noreen Pfeiffer, Jose Contreras, Susan Wright, Kelly Lancaster, Donna Horowitz, Debra Palmer and Annabelle Gonzales (collectively, "Plaintiffs") hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

Plaintiffs base their Motion for Final Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Declaration of Gayle M. Blatt in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and To Direct Notice to the Class; the Declaration of Gayle M. Blatt in support of Plaintiffs' Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Services Awards to Representative Plaintiffs; the Declaration of Keith Salhab on behalf of American Legal Claims Services, LLC regarding compliance with the court approved notice program; all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

This Motion is set for hearing at 9:00 a.m. on February 7, 2022, or as soon thereafter as this matter may be heard, before the Honorable R. Gary Klausner of the United States District Court for the Central District of California, Courtroom 850, 8th Floor, 255 East Temple Street, Los Angeles, CA 90012.

DATED: January 10, 2021      **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**

By: /s/ *Gayle M. Blatt*
Gayle M. Blatt, (SBN 122048)
David S. Casey, Jr. (SBN 60768)
P. Camille Guerra (SBN 326546)

1

CASE NO. 2:20-CV-09553 (RGK)(SK)
NTC OF PLTFS' UNOPPOSED MTN FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

John Yanchunis (*Pro Hac Vice*)
jyanchunis@ForThePeople.com
Ryan McGee *(Pro Hac Vice)*
rmcgee@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
Fax: (813) 223-5402

William B. Federman (*Pro Hac Vice*)
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560

*Attorneys for Plaintiffs and the putative Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Monday, January 10, 2022.

                                  */s/ Gayle M. Blatt*
                                  Gayle M. Blatt